### TAYLOR *v.* STATE.

(Division A.  March 11, 1940.)

[194 So. 589.  No. 34074.]

**S. E. Turner** and **J. Crawford Neill**, both of Carollton, for appellant.

W. D. Conn, Jr., Assistant Attorney-General, for appellee.

Smith, C. J., delivered the opinion of the court.

This is an appeal from a conviction of murder. The evidence would support a conviction of manslaughter, but does not support a conviction of murder; consequently, the court erred in not granting the appellant's request for an instruction limiting his conviction to manslaughter.

Reversed and remanded.